## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

Hank Drager, et al.

                       Plaintiff,

v.                                                Case No.: 1:09−cv−06481

                                                                  Honorable William T. Hart

Broadway Supermarket

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 8, 2010:

      MINUTE entry before Honorable William T. Hart:Motion hearing held. Plaintiffs' second motion to compel [15] is granted in part and denied in part. Defendant is directed to respond to discovery by 4/29/2010. Status hearing reset to 6/24/2010 at 11:00 AM.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.