# Exhibit D

```
Page: 1 Document Name: untitled
```



```
MMOD203                 MERCHANT SYSTEM - MEMO FILE INQUIRY
------------------------------------------------------------------------------
CORPORATE.. 055   REGION.. 70   PRINCIPAL.. 039   ASSOCIATE.. 012   CHAIN.. 000
MERCHANT...                     OUTLET.. 00000    DATE.. 01/30/2009  REF NO.. _
REF            DBA NAME...... BROADWAY SUPERMARKET INC
(1) MEMO DATE.. 01/30/2009   INITIALS.. SYS   PURGE IND.. Y   PURGE DATE.. 02/201
                 NET SALES        EXPENSES                       AVG TICKET
     JAN                                                           39.40
     FEB                                                           37.78
     MAR                                                           37.41
     APR                                                           37.19
     MAY                                                           38.41
     JUN                                                           37.41
     JUL                                                           39.29
     AUG                                                           39.03
     SEP                                                           37.63
     OCT                                                           38.14
     NOV                                                           37.77
     DEC                                                           37.31
     2009                                                          38.06
------------------------------------------------------------------------------
PF: 8          FILE: ____
PF1=HELP PF3=TERMINATE                              PF7=BACKWARD PF8=FORWARD
```

EXHIBIT D

Date: 5/17/2010 Time: 10:44:52 AM

Sept 2009 Stmt - Broadway Supermarket

```
                          *---------*    OTHER FEES    *---------*
                                          NUMBER        RATE        FEES
CARD CHARGE DESCRIPTION
FOR OUTLET 00000
AMEX 2329    V NET/SSL
DISC 2329    V NET/SSL
VISA 2329    V NET/SSL
MC   2329    V NET/SSL
CHGB 2964    VISA APF
     3005    EDC VEND 3
     6112    STATEMENTS
     6273    MERCHADVAN

                                 TOTAL OTHER FEES :

                             YOUR ACCOUNT HAS BEEN DEBITED :

                          *----- MESSAGES -----*
```

PCI COMPLIANCE

LEARN HOW YOU CAN MAINTAIN YOUR PCI COMPLIANCE AND ENSURE YOUR RECEIPTS ARE PROPERLY TRUNCATED BY VISITING OUR WEBSITE AT WWW.COMPLIANCEFACTS.COM OR CALL US (888) 682-4464 AND CHOOSE OPTION 1, THEN OPTION 1 AGAIN, FOR ASSISTANCE.

CASH-ON-DEMAND

WHEN YOU NEED WORKING CAPITAL, YOU NEED CASH-ON-DEMAND. WHAT COULD YOU DO WITH ADDITIONAL CAPITAL FOR YOUR BUSINESS? ADD INVENTORY, OPEN A NEW LOCATION, REMODEL, AND ADVERTISE? NOW IS THE TIME TO MAKE THOSE PLANS A REALITY BY TURNING YOUR FUTURE CREDIT CARD SALES INTO CASH! APPLY TODAY TO GET THE MONEY YOUR BUSINESS NEEDS IN AS FEW AS THREE BUSINESS DAYS. CALL (888) 527-3274 OR VISIT HTTP://WWW.CASH-ON-DEMAND.COM.

Sept 2009 Stmt - Broadway Supermarket

RISK MANAGEMENT UPDATE

WHAT HAPPENS IF THE CREDIT CARD WILL NOT SWIPE? IMPRINT THE CARD! IF YOU ARE SET UP FOR CARD PRESENT TRANSACTIONS YOU SHOULD TAKE A MANUAL IMPRINT OF THE CARD. REMEMBER TO HAVE YOUR MERCHANT PLATE, DATE OF THE CHARGE, TRANSACTION DESCRIPTION, 6 DIGIT APPROVAL CODE AND SIGNATURE FROM THE CUSTOMER ON THE IMPRINT. AN IMPRINTER, OTHERWISE KNOWN AS KNUCKLE BUSTER, WILL HELP TO ENSURE YOUR

```
                              CREDIT CARD MERCHANT STATEMENT
                              DATE: 09/30/2009    PAGE: 5
                              CODES: N    FORM: 9
                              MERCHANT: ▮▮▮▮▮▮▮▮▮▮▮
                              DBA: BROADWAY SUPERMARKET INC
```

HSBC BANK USA, N.A.

BROADWAY SUPERMARKET INC
LANA THAI
4879 N BROADWAY
CHICAGO, IL 60640

*- INFORMATION ADVICE -

COMPANY CAN PROVE THAT THE CREDIT CARD WAS PRESENT.

Page 8

Sept 2009 Stmt - Broadway Supermarket

IF YOU NEED TO ORDER AN IMPRINTER PLEASE CONTACT OUR SUPPLIES DEPARTMENT @ 888-682-4464 OPT 1, THEN 2 FOR ASSISTANCE. IF YOU HAVE QUESTIONS ABOUT LOSS PREVENTION PLEASE CONTACT RISK MANAGEMENT @ 888-682-4464 OPT 1, THEN 3 FOR ASSISTANCE. FAILING TO OBTAIN AN IMPRINT INCREASES THE CHANCE THAT THE TRANSACTION WILL BE CHARGED BACK.

PRICING INFORMATION: SEPTEMBER 2009 STATEMENT MESSAGE:

OCTOBER PRICING INFORMATION

IN AN EFFORT TO REDUCE PAPER CONSUMPTION AND PROMOTE ENVIRONMENTALLY FRIENDLY PROCESSING, GLOBAL PAYMENTS IS NOW PRINTING MERCHANT STATEMENTS ON BOTH THE FRONT AND BACK OF THE STATEMENT PAGE.

GLOBAL PAYMENTS WILL IMPLEMENT CHANGES TO SUPPORT DISCOVER'S JAPANESE CREDIT BUREAU (JCB) AND DINERS CLUB PROCESSING ALLIANCE. EFFECTIVE IN OCTOBER 2009, MERCHANTS IN THE U.S. AND DESIGNATED U.S. TERRITORIES THAT ACCEPT THE DISCOVER CARD WILL BE ENABLED TO ACCEPT JCB AND DINERS CLUB CARDS UNDER THE DISCOVER NETWORK. IF YOU PROCESS DISCOVER TRANSACTIONS WITH GLOBAL PAYMENTS, ALL JCB AND DINERS CLUB TRANSACTIONS WILL BE PROCESSED AT YOUR DISCOVER RATE.

IN ADDITION, FOLLOWING INCREASES ANNOUNCED BY MASTERCARD AND DISCOVER TO CERTAIN U.S. INTERCHANGE CATEGORIES EFFECTIVE IN OCTOBER 2009, SOME MERCHANTS MAY SEE CHANGES TO APPLICABLE PRICING FOR NON-QUALIFYING SURCHARGED TRANSACTIONS.

MASTERCARD AND MAESTRO HAVE ANNOUNCED INCREASES TO CROSS BORDER

Sept 2009 Stmt - Broadway Supermarket

AND U.S. ACQUIRER SUPPORT FEES EFFECTIVE OCTOBER 2009. THESE FEES WILL CONTINUE TO SHOW UP AS SEPARATE LINE ITEMS ON YOUR MERCHANT STATEMENT.

ALSO, VISA HAS ANNOUNCED A NEW INTERNATIONAL ACQUIRER FEE AND DISCOVER HAS ANNOUNCED NEW INTERNATIONAL PROCESSING AND

CREDIT CARD MERCHANT STATEMENT

DATE: 09/30/2009   PAGE: 6

CODES: N   FORM: 9

MERCHANT: ▮▮▮▮▮▮▮▮▮▮

DBA: BROADWAY SUPERMARKET INC



HSBC BANK USA, N.A.

BROADWAY SUPERMARKET INC
LANA THAI
4879 N BROADWAY
CHICAGO, IL 60640

\*- INFORMATION ADVICE -

INTERNATIONAL SERVICES FEES WHICH WILL BE ASSESSED ON ALL TRANSACTIONS BETWEEN A U.S. MERCHANT AND A NON-U.S. CARDHOLDER. THESE NEW FEES WILL SHOW UP AS SEPARATE LINE ITEMS ON YOUR MERCHANT STATEMENT.

Page 10

Sept 2009 Stmt - Broadway Supermarket

FINALLY, EFFECTIVE OCTOBER 2009, THERE WILL BE SEPARATE LINE ITEMS ON YOUR MERCHANT STATEMENT FOR THE VISA MISUSE OF AUTHORIZATION SYSTEM FEE, THE VISA ZERO FLOOR LIMIT FEE, AND THE VISA ZERO DOLLAR VERIFICATION/AVS ONLY FEE, IF APPLICABLE. THE VISA MISUSE OF AUTHORIZATION SYSTEM FEE MAY INCLUDE FEES ASSESSED BY BOTH VISA AND GLOBAL PAYMENTS AND WILL BE ASSESSED ON AUTHORIZATIONS THAT ARE APPROVED BUT NEVER SETTLED WITH YOUR DAILY BATCH, AS THESE CAN ADVERSELY IMPACT CARDHOLDER'S OPEN-TO-BUY, LEADING TO INCREASED DECLINES AND CONFUSION AT THE POINT OF SALE. THE VISA ZERO FLOOR LIMIT FEE WILL BE ASSESSED ON SETTLED TRANSACTIONS THAT WERE NOT AUTHORIZED AND MAY INCLUDE FEES ASSESSED BY BOTH VISA AND GLOBAL PAYMENTS. THE VISA ZERO DOLLAR VERIFICATION FEE WILL BE ASSESSED ON TRANSACTIONS WHERE THE MERCHANT REQUESTED AN ADDRESS VERIFICATION SERVICE RESPONSE WITHOUT AN AUTHORIZATION.

THE DEBIT NETWORK SHAZAM HAS ANNOUNCED SEVERAL CHANGES TO THEIR DEBIT NETWORK PRICING EFFECTIVE OCTOBER 1, 2009. THE CHANGED FEES ARE AS FOLLOWS:

- *RETAIL TRANSACTIONS WILL BE BILLED AT 0.75% + $0.19 PER TRANSACTION AND THERE WILL NO LONGER BE A MAXIMUM PER TRANSACTION FEE.
- *QUICK SERVICE RESTAURANT AND SMALL TICKET MERCHANTS WILL BE BILLED AT 1.25% + $0.09 PER TRANSACTION AND THERE WILL NO LONGER BE A MAXIMUM PER TRANSACTION FEE.
- *PETROLEUM MERCHANTS WILL BE BILLED AT 0.75% + $0.17 PER TRANSACTION AND THERE WILL NO LONGER BE A MAXIMUM PER TRANSACTION FEE.
- *ALL REMAINING FEES FOR SHAZAM TRANSACTIONS REMAIN THE SAME.