# Exhibit G

## Kenneth M. DucDuong

| | |
|---|---|
| **From:** | Kenneth M. DucDuong [kducduong@kmdlex.com] on behalf of Kenneth M. DucDuong |
| **Sent:** | Saturday, May 15, 2010 10:45 AM |
| **To:** | 'PMA Attorney'; 'Alex Burke' |
| **Cc:** | pma@lawpma.com |
| **Subject:** | RE: New Requests//Broadway's EXS application and receipt counts |

**EXHIBIT G**

Dennis and Pengtian,

I received the remaining 5 pages from a blank application. This is unacceptable and improper. You must have Kalid Hassoun execute a notarized affidavit that these pages were part of and given to Broadway at the time its president, Lana Thai, filled out and signed the application. You must also have Broadway's president execute a notarized affidavit as to the same effect.

Also, I attach a page from Global Payments Direct's Card Acceptance Guide. I was told that Global Direct processes CC/DC payments on behalf of EXS. Merchants like Broadway receive a merchant statement monthly that is similar to the one I attach to this e-mail. That said, your client must have received monthly merchant statements, either directly from Global Direct or indirectly from EXS. As you can see, the merchant statements provide detailed daily break down and subtotal per type, i.e., Visa, MC, etc. Finding the number of receipts requires you get the statements and do some simple arithmetic calculations for the months between June 2008 and October/November 2009.

Therefore, I request that you supplement the request on the **exact number of receipts**, to be broken down by payment type and month, as follows:

| | VISA | MC | AMEX | DISCOVER | .... |
|---|---|---|---|---|---|
| November 2009 | XXX | XXX | XXX | XXX | |
| October 2009 | XXX | XXX | XXX | XXX | |
| September 2009 | XXX | XXX | XXX | XXX | |
| ..... | | | | | |
| June 8, 2008 | XXX | XXX | XXX | XXX | |

You must do a full investigation and produce all relevant documents, and not one document at a time.

Kenneth M. DucDuong, J.D., M.B.A.
Attorney at Law
**KMD LAW OFFICE**
1055 W. Catalpa Ave. #216
Chicago, IL 60640
v. (773) 561-6587
f. (773) 751-5065
United States

🌲 Consider the environment. Please don't print this e-mail unless you really need to.

*Admission: Illinois, U.S. District Court of Northern Illinois*

*Education: J.D., M.B.A., M.A.*

CONFIDENTIALITY NOTICE. The information contained in this message and its attachment may be confidential and privileged and is covered under the Electronic Communications Privacy Act, 18 U.S.C. 2510, et seq. The information is intended for the sole use of the intended addressee. Any copying and/or distribution is strictly prohibited. If you received this message by error, please immediately delete the message from your computer system and notify the sender of the error. Circular 230 Disclosure: Any tax advice contained in this communication, including attachments, is not intended to be used, and may not be used, for the purpose of (1) avoiding tax-related penalties under the Internal Revenue Code or (2) promoting, marketing, or recommending to another party any tax related matters discussed herein.

---

**From:** PMA Attorney [mailto:law@lawpma.com]
**Sent:** Friday, May 14, 2010 5:58 PM
**To:** 'Alex Burke'
**Cc:** 'Kenneth M. DucDuong'; pma@lawpma.com
**Subject:** RE: New Requests

1. We are sending you a complete 8-page actual EXS application that Mr. Hassoun gave us as an additional production response.

2. Kalid Hassoun told us he does not have the other five original pages attached the first 3 pages signed by Lana Thai that was faxed over the other day….but they are comparable to those in 1. above…

3. We are probing as to whether other EXS documents exist….

Sincerely,

Dennis Fang
Law Offices of Pengtian Ma

No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 9.0.829 / Virus Database: 271.1.1/2934 - Release Date: 06/13/10 01:35:00