# Exhibit H



## International Bank
### of Chicago

April 19, 2010

Kenneth M. DucDoung
1055 West Catalpa Ave. #216
Chicago Illinois 60640

RE: SUBPOENA DUCES TECUM

Dear Mr. DucDoung,
    This letter is in response to the Subpoena received by the Bank regarding Broadway Supermarket, an Illinois corporation. Please be advised that our bank does not do any processing for credit card, debit card or point of sale payments on behalf Broadway Supermarket. If there are any further questions regarding this matter, please do not hesitate to contact me at (773) 769-2899.

                Sincerely,

                Edward T. Geraty
                Vice-President

5069 North Broadway · Chicago, Illinois 60640 · (773) 769-2899  Fax (773) 769-2686
208 West Cermak Road · Chicago, Illinois 60616 · (312) 842-2899  Fax (312) 842-2686
1601 North Mannheim Road · Stone Park, Illinois 60165 · (708) 410-2899  Fax (708) 410-2686
Web Site: www.inbk.com

Member FDIC

