# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| HANK DRAGER and THOMAS LE, on behalf of themselves and all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 2009 cv 6481 |
| BROADWAY SUPERMARKET, an Illinois corporation, | ) ) ) | Judge Hart |
| | ) | Magistrate Judge Brown |

## PARTIES' STIPULATION TO DISMISS

NOW COME Plaintiffs HANK DRAGER and THOMAS LE, and Defendant BROADWAY SUPERMARKET, INC., by and through their respective attorneys, and pursuant to Fed R. Civ. Proc. 41(a), hereby stipulate to the dismissal of their individual claims in this action with prejudice and without costs. This dismissal does not in any way affect the claims of the putative class in this action.

Respectfully Submitted,

| **PLAINTIFFS** | **DEFENDANT** |
|---|---|
| /s/Kenneth M. DucDuong | /s/ Steven R. Johnson |
| By one of plaintiffs' attorney | By one of its attorneys<br>Steven R. Johnson |
| Kenneth M. DucDuong<br>**KMD LAW OFFICE**<br>1055 W. Catalpa Ave. #216<br>Chicago, IL 60640<br>Tel. (773) 561-6587 | Christopher R. Dunsing, Esq.<br>John Masters, Esq.<br>**LANGHENRY, GILLEN, LUNDQUIST &<br>JOHNSON, LLC**<br>310 S. County Farm Road #A<br>Wheaton, IL 60817<br>Tel. (630) 653-5775 |
| Alexander Burke, Esq.<br>**BURKE LAW OFFICES, LLC**<br>155 N. Michigan Ave. #9020<br>Chicago, IL 60601<br>Tel.: (312) 729-5288 | |